**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,**

v.

Jack Reid,

          **Defendant.**

**ORDER**

1:12M1089

It is hereby ordered that the following condition of release be modified relative to the above-named defendant:

*The defendant's home confinement condition shall be reduced from home incarceration to curfew. The defendant shall be restricted to his residence everyday as directed by Pretrial Services.*

**SO ORDERED.**

_____
Honorable Jeremiah J. McCarthy
**United States Magistrate Judge**

**DATED:** Buffalo, New York
November 6, 2012